■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN BARBER, Appellant, v. WALTER H. WILKINS, as Warden, Respondent.— Order unanimously affirmed.  Memorandum:  We have examined the petition and find no merit.  (Appeal from order of Supreme Court, Erie County, denying application for a writ of habeas corpus.)  Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMOS HARDY, Appellant.— Order unanimously reversed and matter remitted to Supreme Court, Erie County, for a hearing in accordance with the memorandum. Memorandum:  Upon the petition and from an examination of the record of the proceedings of June 26, 1953 when the defendant entered a plea of guilty to murder, second degree, an issue is presented as to whether the plea was procured as a consequence of coercion and duress on the part of the Justice who accepted the plea and imposed sentence which can only be resolved on a hearing (see People v. Picciotti, 4 N Y 2d 340).  We do not find that United States ex rel. Hetenyi v. Wilkins (348 F. 2d 844) has any application to the issues here.  Inasmuch as the Justice taking the plea of guilty might be called as a witness at the hearing, the matter should be heard before another Justice.  (Appeal from order of Supreme Court, Erie County, denying, without a hearing, application to vacate a judgment of conviction for murder, second degree, rendered July 3, 1953.)  Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD C. BARLOW, Appellant, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent.— Order unanimously reversed, writ sustained, and criminal case remitted to Onondaga County Court for further proceedings upon relator's plea of guilty in accordance with section 335-b of the Code of Criminal Procedure.  (See People ex rel. Manning v. Fay, 16 N Y 2d 1061.)  (Appeal from order of Cayuga County Court dismissing writ of habeas corpus.)  Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.